JOAN BOYD,

       Petitioner,

       v.                                                        Case No. 13-MC-52

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

       Respondent,

FOREST COUNTY POTAWATOMI
COMMUNITY,

       Movant.

---

FEDERICO COLON,

       Petitioner,

       v.                                                       Case No. 13-MC-53

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

       Respondent,

FOREST COUNTY POTAWATOMI
COMMUNITY,

       Movant.

---

COURT MINUTES
HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

Date:            October 21, 2013

| | |
|---|---|
| Proceeding: | Motion Hearing |
| Start Time: | 2:00:02 p.m.  End Time: 2:10:14 p.m. |
| Court Reporter: | FTR Gold  Deputy Clerk: Kris Wilson |
| Appearances: | Attorney Andrew S. Oettinger and Rufino Gaytan, III<br>Attorney Dennis R. McBride |
| Disposition: | The court dismisses these cases without prejudice. |
| Notes: | Attorney McBride filed a Motion to Dismiss Respondent's Miscellaneous Action and Motion in 13-MC-53 and filed a new enforcement action as 13-MC-61 which has been assigned to Judge Adelman.<br><br>Attorney Oettinger moves to strike the EEOC's Motion to Dismiss 13-MC-53 as untimely. He adds that the Potawatomi Community is no longer contesting Boyd but still seeks a protective order and moves for attorney fees.<br><br>The court asks Attorney Oettinger what he has proffered to provide it with a jurisdictional basis for the Boyd matter. Attorney Oettinger states that the subpoena applies to the tribe which is a federal matter as well as the ADEA. However, Attorney Oettinger acknowledges that his motion does not cite jurisdictional authority.<br><br>The court turns to 13-MC-53 and asks Attorney Oettinger if the same deficiencies exist. He acknowledges the motion omits such authority.<br><br>The court concludes that these cases must be dismissed as the movants did not cite ample basis for it to act. |